No. 02–61. JIANGSU SOPO CORP. (GROUP) LTD. v. BP CHEMICALS LTD. C. A. 8th Cir. Certiorari denied. JUSTICE BREYER

took no part in the consideration or decision of this petition.